## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Roman Anderson<br><br>                    Plaintiff,<br>   v.<br><br>SUBARU OF AMERICA, INC. et al.<br>                              Defendant | Case No.: 1:21-CV-0879 |

      **AND NOW**, upon consideration of the April 19, 2022 letter from counsel, the Court hereby **ORDERS** that the clerk shall close the above-captioned case.

**SO ORDERED.**

April 29, 2022                                                    /s/ Joseph H. Rodriguez  
                                                                                Hon. Joseph H. Rodriguez, USDJ